NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT


SUSAN M. PRECIOSE,                          )
                                            )
            Appellant,                      )
                                            )
v.                                          )
                                            )    Case No.  2D17-2807
RICHARD V. PRECIOSE,                        )
                                            )
            Appellee.                       )
_____)

Opinion filed June 6, 2018.

Appeal from the Circuit Court for Pinellas
County; Thomas Minkoff, Judge.

Susan M. Preciose, pro se.

No appearance for Richard V. Preciose.


PER CURIAM.


            Affirmed.


NORTHCUTT and LUCAS, JJ., and CASE, JAMES R., ASSOCIATE SENIOR JUDGE,
Concur.